UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IRMA SANDOVAL,

          Plaintiff,

    v.

NANCY A. BERRHILL, Acting
Commissioner of Social Security,

          Defendant.

Case No.  SACV 16-01175-KES)

ORDER AWARDING EQUAL
ACCESS TO JUSTICE ACT
ATTORNEY FEES AND COSTS

Based upon the parties' Stipulation for Award and Payment of Attorney Fees (Dkt. 24),

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses in the amount of FOUR THOUSAND DOLLARS and NO CENTS ($4,000.00), and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED DOLLARS ($400.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

DATED:  March 21, 2017

_____
KAREN E. SCOTT
United States Magistrate Judge